RECEIVED
IN LAKE CHARLES, LA

MAR - 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CORNELIO CANTU AND MARIA CANTU | : | DOCKET NO. 2:06 CV 2168 |
| VS. | : | JUDGE MINALDI |
| C.B. FLEET HOLDING COMPANY, INC., AND C.B. FLEET COMPANY, INC. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the defendants' Motion to Dismiss the Plaintiffs' Non-Louisiana Products Liability Act ("LPLA") Claims [doc. 3] IS GRANTED.

Lake Charles, Louisiana, this 28 day of February, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE